IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ASHLEE BULLOCK,

      Plaintiff,

v.                                                                                    Civil Action No.  2:25-cv-657

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, and HARLEY
DAVIDSON FINANCIAL SERVICES,
INC.,

      Defendants.

## DISMISSAL ORDER

This matter is before the Court on the Plaintiff's Consent Motion to Dismiss Defendant Harley Davidson Financial Services, Inc. ("Harley Davidson"), Dkt. No. 42, filed pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff represents that all matters in controversy between these parties have been resolved and that Harley Davidson consents to the requested relief. Having considered the Motion, the Court finds the request proper and GRANTS the Motion. This Court acknowledges that the dismissal of Harley Davidson is WITH PREJUDICE and retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

The Clerk is directed to TERMINATE Harley Davidson as a party to this action. This matter will proceed as to the remaining Defendants. The Clerk is further directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                     /s/

                              Elizabeth W. Hanes
                              United States District Judge

Norfolk, Virginia
Date: April 30, 2026