IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ASHLEE BULLOCK,

Plaintiff,

v. Civil Action No. 2:25-cv-657

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and HARLEY DAVIDSON FINANCIAL SERVICES, INC.,

Defendants.

**DISMISSAL ORDER**

This matter is before the Court on the Plaintiff's Consent Motion to Dismiss Defendant Trans Unions, LLC., ("Trans Union"), Dkt. No. 43, filed pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff represents that all matters in controversy between these parties have been resolved and that Trans Union consents to the requested relief. Having considered the Motion, the Court finds the request proper and GRANTS the Motion. This Court acknowledges that the dismissal of Trans Union is WITH PREJUDICE and retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

The Clerk is directed to TERMINATE Trans Union as a party to this action. This matter will proceed as to the remaining Defendants. The Clerk is further directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: April 30, 2026